IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. and ORGANIC CHEMICAL SOLUTIONS, LLC, | ) ) ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO: 2:15-cv-00240-WCO |
| v. | ) ) ) | |
| SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a SCD PROBIOTICS, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Defendant Sustainable Community Development, LLC ("SCD") hereby files this Notice of Appearance and Substitution of Counsel and respectfully requests that the Court substitute Robyn M. Flegal of the law firm Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, rflegal@fmglaw.com, for Amanda M. Cash of the same law firm. Benton J. Mathis, Jr. and John H. Goselin, II of the same firm will also represent SCD in this case.

[*Signature Page Follows*]

Respectfully submitted this 29th day of November, 2016.

        **FREEMAN MATHIS & GARY, LLP**

        */s/ Robyn M. Flegal*
        Benton J. Mathis, Jr.
        Georgia Bar No. 477019
        bmathis@fmglaw.com
        Robyn M. Flegal
        Georgia Bar No. 599572
        rflegal@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000

        *Counsel for Defendant SCD Probiotics*

## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. and ORGANIC CHEMICAL SOLUTIONS, LLC,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a SCD PROBIOTICS,  )<br><br>Defendant.  ) | CIVIL ACTION<br><br>NO: 2:15-cv-00240-WCO |

## CERTIFICATE OF SERVICE

I certify that on this day I electronically filed **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 29th day of November, 2016.

*/s/ Robyn M. Flegal*
Robyn M. Flegal
Georgia Bar No. 599572