# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) **CASE NO:** |
| | ) **2:15-cv-00240-WO** |
| vs. | )<br>) |
| **SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,** | )<br>)<br>)<br>) |
| **Defendant.** | ) |

## ENTRY OF APPEARANCE

Andrea Kalish, In-House Counsel for the defendant, Sustainable Community Development, LLC, hereby enters her appearance as additional counsel of record on behalf of Defendant.

Dated: April 12, 2017

Respectfully submitted,

**SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a/ SCD PROBIOTICS**

*/s/ Andrea Kalish*_____
Andrea R. Kalish, Esq.
New York Bar No. 5366265
andrea.kalish@scdprobiotics.com

1710 Walnut St.
Kansas City, Missouri 64108
Telephone (816) 268-9832
Facsimile (816) 471-1404

*Attorney for Defendant*

and

*/s/ John H. Goselin II*
John H. Goselin II
Georgia Bar No. 302917
jgoselin@fmglaw.com

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960

*Attorneys for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2017, I electronically filed the within and foregoing ENTRY OF APPEARANCE with the Clerk of Court via electronic transmission using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record, including Plaintiffs' counsel as follows:

>The Gardner Firm
>Att: Brenda L. Gardner
>Attorneys for Dinatec (Diversified Nutri-Agri Technologies), Inc. and
>Organic Chemical Solutions, LLC
>The Pinnacle Building
>3455 Peachtree Rd, NE, 5TH Floor
>Atlanta, GA 30326
>*ATTORNEY FOR PLAINTIFFS*

Dated: April 12, 2017

>Respectfully submitted,
>
>**SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a/ SCD PROBIOTICS**
>
>*/s/ Andrea Kalish*_____
>Andrea R. Kalish, Esq.
>New York Bar No. 5366265
>andrea.kalish@scdprobiotics.com
>
>1710 Walnut St.
>Kansas City, Missouri 64108
>Telephone (816) 268-9832
>Facsimile (816) 471-1404
>
>*Attorney for Defendant*

and

*/s/ John H. Goselin II*
John H. Goselin II
Georgia Bar No. 302917
jgoselin@fmglaw.com

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
Telephone (770) 818-0000
Facsimile (770) 937-9960

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing ENTRY OF APPEARANCE has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font.

Dated: April 12, 2017.

        Respectfully submitted,

**SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a/ SCD PROBIOTICS**

*/s/ Andrea Kalish*_____
Andrea R. Kalish, Esq.
New York Bar No. 5366265
andrea.kalish@scdprobiotics.com

1710 Walnut St.
Kansas City, Missouri 64108
Telephone (816) 268-9832
Facsimile (816) 471-1404

*Attorney for Defendant*

and

*/s/ John H. Goselin II*
John H. Goselin II
Georgia Bar No. 302917
jgoselin@fmglaw.com

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339

Telephone (770) 818-0000
Facsimile (770) 937-9960

*Attorneys for Defendant*