IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. and ORGANIC CHEMICAL SOLUTIONS, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. ) 2:15-CV- 00240 ) |
| SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a SCD PROBIOTICS, | ) ) ) ) |
| Defendants. | ) ) |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Michael Wolak III of the law firm of LOCKE LORD LLP, pursuant to United States District Court for the Northern District of Georgia Local Rule 7.1, hereby enters his appearance in this case as counsel for Defendant Sustainable Community Development LLC ("SCD"), with regard to all matters in the above-captioned action. All filings and communications concerning this matter should be directed to Mr. Wolak as follows:

1

Michael Wolak
Locke Lord LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
Tel:  404-870-4600
Fax:  404-872-5547
*Email:  michael.wolak@lockelord.com*

Respectfully submitted this 28th day of July 2017.

**LOCKE LORD LLP**

*s/ Michael Wolak*
Michael Wolak III
Georgia Bar No.  773197
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia 30305
Phone: (404) 870-4600
Fax: (404) 806-5755

*Counsel for Defendant SCD Probiotics*

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 28th day of July, 2017.

/s/ Michael Wolak
Michael Wolak, III

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. and ORGANIC CHEMICAL SOLUTIONS, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) ) | 2:15-CV- 00240-WCO |
| SUSTAINABLE COMMUNITY DEVELOPMENT, LLC d/b/a SCD PROBIOTICS, | ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I caused a copy of the within and foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be filed via the Court's ECF system, which caused service to be effectuated upon all counsel of record in this action.

/s/ Michael Wolak
Michael Wolak, III

*Counsel for Defendant SCD Probiotics*