IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. and ORGANIC CHEMICAL SOLUTIONS, LLC,  :  :  :  :  :  : | |
| Plaintiffs,  : | CIVIL ACTION NO. 2:15-CV-240-RWS |
| : | |
| v.  : | |
| : | |
| SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, d/b/a SCD PROBIOTICS,  :  : | |
| Defendant. | |

## ORDER

Counsel for Plaintiffs has advised the Court that new counsel will be substituted for Plaintiffs within 10 days. Upon entry of new counsel, counsel for all parties are Ordered to confer and submit to the Court a proposed schedule for completion of discovery. The schedule shall be submitted within 14 days of new counsel's entry into the case. If counsel are unable to agree on a schedule, they may request a conference with the Court.

AO 72A
(Rev.8/82)

**SO ORDERED**, this 14th day of November, 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)