IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DINATEC (DIVERSIFIED
NUTRI-AGRI TECHNOLOGIES),
INC. and ORGANIC CHEMICAL
SOLUTIONS, LLC,

 Plaintiffs,        CIVIL ACTION NO.
             2:15-CV-240-RWS

v.

SUSTAINABLE COMMUNITY
DEVELOPMENT, LLC, d/b/a
SCD PROBIOTICS,

 Defendant.

## ORDER

In August 2017, Defendant sought relief based on Plaintiffs' alleged failure to comply with discovery obligations. Plaintiffs' counsel advised the Court that she had medical issues the prevented her from supplementing discovery. Though counsel had not advised Defendant of the reason for the delay nor requested an extension from the Court, the Court stayed the case for 60 days to all counsel to address her medical issues. [Doc. No. 54]. At the conclusion of the stay, counsel were required to confer and set a schedule to complete Plaintiffs' supplementation of discovery. After the stay ended, Plaintiffs' counsel failed to complete a discovery schedule with

Defendant's counsel and failed to supplement discovery.

When these events were brought to the attention of the Court, Plaintiffs' counsel represented to the Court that new counsel would be entering an appearance within 10 days. The Court entered an Order [Doc. No. 55] on November 14, 2017, ordering that, upon entry of new counsel, the parties were to confer and submit, within 14 days of the entry of new counsel, a proposed schedule for completion of discovery. If counsel were unable to agree on a schedule, they were to request a conference with the Court. More than 10 days have passed since entry of the Order, and new counsel has not entered an appearance.

Based on the foregoing, Plaintiffs are **ORDERED TO SHOW CAUSE**, if any they can, within 14 days of the entry of this Order, why this action should not be dismissed, with prejudice, for failure to prosecute.

**SO ORDERED**, this 8th day of December, 2017.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2