# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,<br><br>Defendants. | CASE NO 2:15CV00240-RWS |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

TO: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and hereby file this Notice of Appearance and Substitution of Counsel and respectfully request that the Court substitute Carlton Law LLC and Matthew Carlton, 160 Clairmont Avenue, Suite 340, Atlanta, Georgia, 404-458-6084 (T), 404-909-4227 (F), mcarlton@carlton-law.com for The Gardner Firm and Brenda L. Gardner.

This 11th day of December, 2017

[signature next page]

 

Respectfully submitted,
CARLTON LAW LLC

/s/

*MW C/h*

Matthew Carlton
Attorney for Plaintiffs
Georgia Bar No.

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-<br>AGRI TECHNOLOGIES), INC. AND<br>ORGANIC CHEMICAL SOLUTIONS, LLC<br><br>    Plaintiffs,<br><br>vs.<br><br>SUSTAINABLE COMMUNITY<br>DEVELOPMENT, LLC, D/B/A/<br>SCD PROBIOTICS,<br><br>    Defendants. | :<br>:<br>:<br>: CASE NO 2:15CV00240-<br>: RWS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing pleading with the Clerk of Court via electronic transmission through CM/ECF system which will automatically send email notification of such filing to attorneys of record:

    Andrea Kalish, Esq
    Sustainable Community Development, LLC
    1710 Walnut St.
    Kansas City, Missouri 64108

    John H. Goselin II, Esq.
    Freeman Mathis & Gray
    100 Galleria Parkway, Suite 1600
    Atlanta, Ga. 30339-5948

    Michael Wolak III, Esq.
    Locke Lord LLP

Terminus 200
3333 Piedmont Road NE, suite 1200
Atlanta, Georgia


Brenda L. Gardner, Esq.
The Gardner Firm
The Pinnacle Building
3455 Peachtree Rd, NE, 5TH Floor
Atlanta, GA 30326

This 11 day of December, 2017

                                        Respectfully submitted,
                                        CARLTON LAW LLC

                                        /s/

                                        _____
                                        Matthew Carlton
                                        Attorney for Plaintiffs
                                        Georgia Bar No.

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC**<br><br>    **Plaintiffs,**<br><br>vs.<br><br>**SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,**<br><br>    **Defendants.** | :<br>:<br>:<br>:<br>: **CASE NO 2:15CV00240-**<br>: **RWS**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing Notice of Appearance has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font.

                                    Respectfully submitted,
                                    CARLTON LAW LLC

                                    /s/

                                    Matthew Carlton
                                    Attorney for Plaintiffs
                                    Georgia Bar No.

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)