IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,<br><br>Defendants. | CASE NO 2:15CV00240-RWS |

Response to Order to Show Cause

Comes Now Plaintiffs, by and through counsel of record, Matthew Carlton and file this their Response to Order to Show Cause.

Counsel was retained Friday, December 8, 2017 and filed his Entry of Appearance on December 11, 2017. Counsel is in the process of obtaining the physical file from former counsel. Current counsel stands ready to enter into a scheduling order in order to conclude discovery in this matter. Current counsel can only speak to the present. However, current counsel intends to conclude discovery in an expedited manner in this case. As such Plaintiffs request this Court to not Dismiss this case, with prejudice, for failure to prosecute at this time.

This 11th    day of December, 2017

[signature next page]

          Respectfully submitted,
          CARLTON LAW LLC

          /s/

          *Matthew W. Carlton*
          Matthew Carlton
          Attorney for Plaintiffs
          Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,<br><br>Defendants. | CASE NO 2:15CV00240-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing pleading with the Clerk of Court via electronic transmission through CM/ECF system which will automatically send email notification of such filing to attorneys of record:

> Andrea Kalish, Esq
> Sustainable Community Development, LLC
> 1710 Walnut St.
> Kansas City, Missouri 64108
>
> John H. Goselin II, Esq.
> Freeman Mathis & Gray
> 100 Galleria Parkway, Suite 1600
> Atlanta, Ga.  30339-5948

Michael Wolak III, Esq.
Locke Lord LLP
Terminus 200
3333 Piedmont Road NE, suite 1200
Atlanta, Georgia

This   12   day of December, 2017

                                                          Respectfully submitted,
                                                          CARLTON LAW LLC

                                                          /s/

                                                          *Matthew W. Carlton*
                                                          Matthew Carlton
                                                          Attorney for Plaintiffs
                                                          Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,**<br><br>**Defendants.** | **CASE NO 2:15CV00240-RWS** |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Notice of Appearance has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font.

                                                        Respectfully submitted,
                                                        CARLTON LAW LLC

                                                        /s/

                                                        *Matthew W. Carlton*
                                                        Matthew Carlton
                                                        Attorney for Plaintiffs
                                                        Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)