IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC | : : : | |
| **Plaintiffs,** | : : | **CASE NO 2:15CV00240-RWS** |
| vs. | : : | |
| SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS, | : : : | |
| Defendants. | : : | |

Second Response to Order to Show Cause

Comes Now Plaintiffs, by and through counsel of record, Matthew Carlton and file this their Second Response to Order to Show Cause.

On December 11, 2017 current counsel filed his entry of appearance in this case along with his clients' response to Order to Show Cause. On December 14, 2017 counsel for Defendants filed a Response to Plaintiffs' December 11, 2017 filing. In this response Defendants complain that current counsel is "far from standing ready" to enter into a scheduling order. (page four of Defendants' Reply to Plaintiffs' Response to Order to Show Cause)

Despite the evident venom in the language Defendants used in their brief, Plaintiffs have through current counsel attempted to enter into a scheduling order. In fact, on December 14, 2017 counsel reached out to opposing counsel in an email which states in pertinent part: "I have now received the physical file. I would like to discuss concluding the scheduling of depositions, etc. in this matter." See Exhibit "A" to this Second Response.

Not surprisingly, it is not Plaintiffs' "<u>unwillingness</u>" (page four of Defendants' Reply to Plaintiffs' Response to Order to Show Cause, emphasis in original) but Defendants' unwillingness in entering into a scheduling order, as it has been three days since Plaintiffs' Counsel's email to Defendants' Counsel and there has been nary a response.

As to Defendants' critique of waiting for obtaining the "physical file" (page four of Defendants' Reply to Plaintiffs' Response to Order to Show Cause) It seemed to Plaintiffs' Counsel that prior to the entry of a scheduling order it would be prudent to review the pleadings to determine what discovery was needed to be concluded before having an educated conversation with opposing counsel. If however counsel for Defendants were so concerned about making contact until after counsel for Plaintiff had a chance to review the file they certainly could have

called or emailed current counsel as his contact information was readily apparent in the entry of appearance that he filed last week.

Plaintiffs request that this Court not Dismiss with Prejudice Plaintiffs' Complaint.

This 17th     day of December, 2017

Respectfully submitted,

CARLTON LAW LLC

/s/

*Matthew W. Carlton*
Matthew Carlton
Attorney for Plaintiffs
Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

# Dinatec, et. al. v. Sustainable Community Development, LLC

mcarlton@CARLTON-LAW.COM [mcarlton@CARLTON-LAW.COM]

**Sent:**   12/14/2017 10:27 AM

**To:**   jgoselin@fmglaw.com

Good morning. I have now received the physical file. I would like to discuss concluding the scheduling of depositions, etc. in this matter.

Thank you,

--
Matthew Carlton
Carlton Law LLC
160 Clairemont Avenue, Suite 340
Decatur, GA  30030
Office: (404) 458-4084
Mobile: (678) 596-6069

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at (404) 458-4084, and destroy the original transmission and its attachments without reading or saving in any manner.

Copyright © 2003-2017. All rights reserved.

// A "

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | | |
|---|---|---|
| **DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC** | : : : : | |
| **Plaintiffs,** | : : | **CASE NO 2:15CV00240-RWS** |
| **vs.** | : : : | |
| **SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,** | : : : : | |
| **Defendants.** | | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the within and foregoing pleading with the Clerk of Court via electronic transmission through CM/ECF system which will automatically send email notification of such filing to attorneys of record:

> Andrea Kalish, Esq
> Sustainable Community Development, LLC
> 1710 Walnut St.
> Kansas City, Missouri 64108

> John H. Goselin II, Esq.
> Freeman Mathis & Gray
> 100 Galleria Parkway, Suite 1600
> Atlanta, Ga.  30339-5948

Michael Wolak III, Esq.
Locke Lord LLP
Terminus 200
3333 Piedmont Road NE, suite 1200
Atlanta, Georgia

This   17   day of December, 2017

Respectfully submitted,
CARLTON LAW LLC

/s/

*Matthew W. Carlton*
Matthew Carlton
Attorney for Plaintiffs
Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | | |
|---|---|---|
| **DINATEC (DIVERSIFIED NUTRI-AGRI TECHNOLOGIES), INC. AND ORGANIC CHEMICAL SOLUTIONS, LLC** | : : : : | |
| **Plaintiffs,** | : : | **CASE NO 2:15CV00240-RWS** |
| | : : | |
| **vs.** | : : | |
| **SUSTAINABLE COMMUNITY DEVELOPMENT, LLC, D/B/A/ SCD PROBIOTICS,** | : : : : : | |
| **Defendants.** | | |

### CERTIFICATE OF COMPLIANCE

I certify that the foregoing Notice of Appearance has been prepared in compliance with Local Rule 5.1 by using Times New Roman, 14-point font.

Respectfully submitted,
CARLTON LAW LLC

/s/

*Matthew W. Carlton*
Matthew Carlton
Attorney for Plaintiffs
Georgia Bar No. 110389

160 Clairmont Avenue
Suite 340
Decatur, Georgia 30030
404-458-6084 (Telephone)
404-909-4227 (Facsimile)